BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:09-CR-358 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND [~~PROPOSED~~] |
| | ) | ORDER TO EXCLUDE TIME |
| JOSE OLIVERA ZAPIEN, et.al. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    The parties request that the status conference in this case
be continued from January 11, 2010 to March 22, 2010 at 8:30 a.m.
They stipulate that the time between January 11, 2010 and March
22, 2010 should be excluded from the calculation of time under
the Speedy Trial Act.  The parties stipulate that the ends of
justice are served by the Court excluding such time, so that
counsel for the defendant may have reasonable time necessary for
effective preparation, taking into account the exercise of due
diligence.  18 U.S.C. § 3161(h)(7)(B)(iv)and Local Code T-4.
Specifically, all defense counsel need additional time to review
the discovery provided and investigate the case.  The government

1  has provided approximately 600 pages of discovery and 80 CD's

2  containing photographs, videos and audio recordings.  The parties

3  stipulate and agree that the interests of justice served by

4  granting this continuance outweigh the best interests of the

5  public and the defendant in a speedy trial.  18 U.S.C. §

6  3161(h)(7)(A).

7                                  Respectfully Submitted,

8                                  BENJAMIN B. WAGNER
                                   United States Attorney
9

10  DATE: January 11, 2010        By:   /s/ Heiko P. Coppola
                                        HEIKO P. COPPOLA
11                                      Assistant U.S. Attorney

12

13  DATE: January 11, 2010              /s/ Michael Petrick
                                        MICHAEL PETRICK
14                                      Attorney for Defendant Jose
                                        Olivera Zapien
15
                                         /s/ Gilbert Roque
16                                      GILBERT ROQUE
                                        Attorney for Defendant Ramiro
17                                      Suarez

18                                       /s/ Ruben Munoz
                                        RUBEN MUNOZ
19                                      Attorney for Defendant Adolfo
                                        Valencia Alvarez
20
                                         /s/ Olaf Hedberg
21                                      OLAF HEDBERG
                                        Attorney for Defendant Jose
22                                      Quintero Fernandez

23                                       /s/ Clemente Jimenez
                                        CLEMENTE JIMENEZ
24                                      Attorney for Defendant Jose
                                        Moreno Gutierrez
25
                                         /s/ Tim Pori
26                                      TIM PORI
                                        Attorney for Defendant Erik
27                                      Aguilar Lara

28

                                   2

1
                                        /s/ Chris Cosca
2                                     CHRIS COSCA
                                      Attorney for Defendant
                                      Alejandro Moreno Gutierrez
3

4

5                                     **SO ORDERED.**

6   DATE:   January 11, 2010

7

8                                     WILLIAM B. SHUBB
                                      UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28