```
BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:09-CR-358 WBS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [~~PROPOSED~~] ORDER TO EXCLUDE TIME |
| JOSE OLIVERA ZAPIEN, et.al. | ) | |
| Defendant. | ) | |

The parties request that the status conference in this case be continued from June 28, 2010 to September 27, 2010 at 8:30 a.m. They stipulate that the time between June 28, 2010 and September 27, 2010 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv)and Local Code T-4. Specifically, all defense counsel need additional time to review the discovery provided and investigate the case. Well over 1000

pages of discovery and 80 CD's containing video, audio recordings and photographs have been provided to the defense counsel to date. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: June 24, 2010      By:     /s/ Heiko P. Coppola
                                 HEIKO P. COPPOLA
                                 Assistant U.S. Attorney


DATE: June 24, 2010              /s/ Michael Petrick
                                 MICHAEL PETRICK
                                 Attorney for Defendant Jose
                                 Olivera Zapien

                                 /s/ Gilbert Roque
                                 GILBERT ROQUE
                                 Attorney for Defendant Ramiro
                                 Suarez

                                 /s/ Ruben Munoz
                                 RUBEN MUNOZ
                                 Attorney for Defendant Adolfo
                                 Valencia Alvarez

                                 /s/ Olaf Hedberg
                                 OLAF HEDBERG
                                 Attorney for Defendant Jose
                                 Quintero Fernandez

                                 /s/ Clemente Jimenez
                                 CLEMENTE JIMENEZ
                                 Attorney for Defendant Jose
                                 Moreno Gutierrez

                                 /s/ Tim Pori
                                 TIM PORI
                                 Attorney for Defendant Erik
                                 Aguilar Lara

```
                              /s/ Chris Cosca
                              CHRIS COSCA
                              Attorney for Defendant
                              Alejandro Moreno Gutierrez


                              SO ORDERED.

DATE:  June 24, 2010

                              _____
                              WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE
```

3