BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>          Plaintiff,       )<br>                            )<br>     v.                     )<br>                            )<br>JOSE OLIVERA ZAPIEN, et.al. )<br>                            )<br>                            )<br>          Defendant.        )<br>_____) | CASE NO. 2:09-CR-358 WBS<br><br><br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER TO EXCLUDE TIME |

The parties request that the status conference in this case be continued from November 29, 2010 to January 31, 2011 at 8:30 a.m.  They stipulate that the time between November 29, 2010 and January 31, 2011 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4. Specifically, all defense counsel need additional time to review the discovery provided and investigate the case.  Well over 1000

1

pages of discovery and 80 CD's containing video, audio recordings and photographs have been provided to the defense counsel to date. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

                                            Respectfully Submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

DATE: November 23, 2010    By:   /s/ Heiko P. Coppola
                                                HEIKO P. COPPOLA
                                                Assistant U.S. Attorney

DATE: November 23, 2010        /s/ Michael Petrick
                                              MICHAEL PETRICK
                                              Attorney for Defendant Jose Olivera Zapien

                                              /s/ Gilbert Roque
                                              GILBERT ROQUE
                                              Attorney for Defendant Ramiro Suarez

                                              /s/ Ruben Munoz
                                              RUBEN MUNOZ
                                              Attorney for Defendant Adolfo Valencia Alvarez

                                              /s/ Olaf Hedberg
                                              OLAF HEDBERG
                                              Attorney for Defendant Jose Quintero Fernandez

                                              /s/ Clemente Jimenez
                                              CLEMENTE JIMENEZ
                                              Attorney for Defendant Jose Moreno Gutierrez

                                              /s/ Tim Pori
                                              TIM PORI
                                              Attorney for Defendant Erik Aguilar Lara

```
                                    /s/ Chris Cosca
                                 CHRIS COSCA
                                 Attorney for Defendant
                                 Alejandro Moreno Gutierrez



                                      SO ORDERED.

DATE:  November 23, 2010

                                 _____
                                 WILLIAM B. SHUBB
                                 UNITED STATES DISTRICT JUDGE
```

3