```
BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:09-CR-358 WBS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [~~PROPOSED~~] ORDER TO EXCLUDE TIME |
| JOSE OLIVERA ZAPIEN, et.al. | ) | |
| Defendant. | ) | |

The parties request that the status conference in this case be continued from March 5, 2012 to May 21, 2012 at 9:30 a.m. They stipulate that the time between March 5, 2012 and May 15, 2012 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

///

///

1    Well over 3000 pages of discovery and 80 CD's containing
2 video, audio recordings and photographs have been provided to the
3 defense counsel to date. Plea agreements have been provided by
4 the government to defendants Zapien, Suarez, Alvarez, Lara, and
5 Jose Moreno Gutierrez.  Defendant Lara has accepted the
6 government's offer but because of various scheduling concerns
7 will need some additional time to prepare for the change of plea
8 hearing on April 9, 2012.  Because of the length of the potential
9 sentences and the various guideline variables, defense counsel in
10 the Zapien, Suarez, Alvarez and Jose Moreno Gutierrez matters
11 need additional time to review the matters with their clients,
12 review the discovery already provided in support of those
13 guideline calculations and preparation for the change of plea
14 hearing.

15   An agreement in principle has been reached between the
16 government and defendant Fernandez, however, additional time is
17 needed to obtain supervisor approval for the proposed plea
18 agreement and for defense counsel to then review the plea
19 agreements with his client, review the discovery already provided
20 in support of the proposed guideline variables and prepare for
21 the change of plea hearing.

22   The parties stipulate and agree that the interests of
23 justice served by granting this continuance outweigh the best
24 interests of the public and the defendants in a speedy trial.  18
25 U.S.C. § 3161(h)(7)(A).

26                              Respectfully Submitted,

27                              BENJAMIN B. WAGNER
                                United States Attorney
28

| | | |
|---|---|---|
| DATE: March 13, 2012 | By: | /s/ Heiko P. Coppola |

HEIKO P. COPPOLA
Assistant U.S. Attorney

DATE: March 13, 2012          /s/ Michael Petrick

MICHAEL PETRICK
Attorney for Defendant Jose
Olivera Zapien

/s/ Gilbert Roque
GILBERT ROQUE
Attorney for Defendant Ramiro
Suarez

/s/ Ruben Munoz
RUBEN MUNOZ
Attorney for Defendant Adolfo
Valencia Alvarez

/s/ Olaf Hedberg
OLAF HEDBERG
Attorney for Defendant Jose
Quintero Fernandez

/s/ Clemente Jimenez
CLEMENTE JIMENEZ
Attorney for Defendant Jose
Moreno Gutierrez

/s/ Tim Pori
TIM PORI
Attorney for Defendant Erik
Aguilar Lara

**SO ORDERED.**

DATE:   March 12, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE