```
BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>JOSE OLIVERA ZAPIEN, et.al.<br><br>            Defendant. | CASE NO. 2:09-CR-358 WBS<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER TO EXCLUDE TIME |

The parties request that the status conference in this case be continued from March 5, 2012 to May 21, 2012 at 9:30 a.m. They stipulate that the time between March 5, 2012 and May 15, 2012 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv)and Local Code T-4.

///

///

   Well over 3000 pages of discovery and 80 CD's containing video, audio recordings and photographs have been provided to the defense counsel to date. Plea agreements have been provided by the government to defendants Zapien, Suarez, Alvarez, Lara, and Jose Moreno Gutierrez.  Defendant Lara has accepted the government's offer but because of various scheduling concerns will need some additional time to prepare for the change of plea hearing on April 9, 2012.  Because of the length of the potential sentences and the various guideline variables, defense counsel in the Zapien, Suarez, Alvarez and Jose Moreno Gutierrez matters need additional time to review the matters with their clients, review the discovery already provided in support of those guideline calculations and preparation for the change of plea hearing.

   An agreement in principle has been reached between the government and defendant Fernandez, however, additional time is needed to obtain supervisor approval for the proposed plea agreement and for defense counsel to then review the plea agreements with his client, review the discovery already provided in support of the proposed guideline variables and prepare for the change of plea hearing.

   The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                              Respectfully Submitted,

                              BENJAMIN B. WAGNER
                              United States Attorney

```
DATE: March 13, 2012          By:        /s/ Heiko P. Coppola
                                       HEIKO P. COPPOLA
                                       Assistant U.S. Attorney


DATE: March 13, 2012                      /s/ Michael Petrick
                                       MICHAEL PETRICK
                                       Attorney for Defendant Jose
                                       Olivera Zapien

                                         /s/ Gilbert Roque
                                       GILBERT ROQUE
                                       Attorney for Defendant Ramiro
                                       Suarez

                                         /s/ Ruben Munoz
                                       RUBEN MUNOZ
                                       Attorney for Defendant Adolfo
                                       Valencia Alvarez

                                         /s/ Olaf Hedberg
                                       OLAF HEDBERG
                                       Attorney for Defendant Jose
                                       Quintero Fernandez

                                         /s/ Clemente Jimenez
                                       CLEMENTE JIMENEZ
                                       Attorney for Defendant Jose
                                       Moreno Gutierrez

                                         /s/ Tim Pori
                                       TIM PORI
                                       Attorney for Defendant Erik
                                       Aguilar Lara
```

**SO ORDERED.**

DATE:   March 12, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3