PHILLIP A. TALBERT
Acting United States Attorney
PAUL HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:09-CR-00358-WBS |
|---|---|
| Plaintiff, | MOTION TO DISMISS COUNT TO DEFENDANT JULIO I. CABELLO-VILLALOBOS |
| v. | |
| JULIO I. CABELLO-VILLALOBOS, | |
| Defendant. | |

　　　　Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States respectfully moves the Court for an order dismissing count 5 of the above-captioned indictment filed on August 20, 2009, as to defendant JULIO I. CABELLO-VILLALOBOS only.

Dated: November 13, 2021　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　By:   /s/ PAUL HEMESATH
　　　　　　　　　　　　　　　　　　　　　PAUL HEMESATH
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Mot. to Dismiss