PHILLIP A. TALBERT
Acting United States Attorney
PAUL HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>JULIO I. CABELLO-VILLALOBOS,<br><br>                Defendant. | CASE NO. 2:09-CR-00358-WBS<br><br>ORDER DISMISSING COUNT 5 AS TO DEFENDANT JULIO I. CABELLO-VILLALOBOS |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, this Court HEREBY ORDERS the dismissal of count 5 of the above-captioned indictment filed on August 20, 2009, as to defendant Julio I. Cabello-Villalobos only.

Dated: November 16, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER TO DISMISS